UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DARTAGNAN LITTLE,

    Plaintiff,

v.

    Case No. 2:06-cv-195
    HON. R. ALLAN EDGAR

UNKNOWN MCDONALD, et al.,

    Defendants.
_____/

## OPINION AND ORDER APPROVING MAGISTRATE JUDGE'S

## REPORT AND RECOMMENDATION

    The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on August 2, 2007. The Report and Recommendation was duly served on the parties. The Court has received objections from plaintiff. In accordance with 28 U.S.C. § 636(b)(1), the Court has performed *de novo* consideration of those portions of the Report and Recommendation to which objection has been made. The Court now finds the objections to be without merit as plaintiff has failed to identify any specific errors.

    THEREFORE, IT IS ORDERED that the Report and Recommendation of the Magistrate Judge (Docket #40) is approved and adopted as the opinion of the Court.

    IT IS FURTHER ORDERED that defendant Luoma's motion for dismissal and/or summary judgment (Docket #24) is GRANTED and defendant Luoma is DISMISSED from this action.

Dated: 9/17/07            */s/ R. Allan Edgar*
                                               R. ALLAN EDGAR

UNITED STATES DISTRICT JUDGE